UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFERY RICHSON-BEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM PALMER, ET AL.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00778-KES-EPG (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS TO DISMISS CASE AND TO DENY MOTION TO FILE SUPPLEMENTAL PLEADINGS<br><br>(Docs. 10, 14) |

　　　　Plaintiff Sean Richson-Bey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.  Plaintiff generally claims that his ongoing criminal state court proceedings are not being conducted fairly, and he sues parties connected with that proceeding: three judges of the Kings County Superior Court, two deputy district attorneys, and a court-appointed counsel.  Doc. 1.  In addition to the complaint, Plaintiff also filed a Motion for Supplemental Pleadings.  Doc. 10.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

　　　　The assigned magistrate then issued findings and recommendations on February 27, 2024, that this case be dismissed as duplicative of *Richson-Bey v. Palmer*, No. 1:23-cv-463-

1 | JLT-SAB (E.D. Cal. July 26, 2023), and, alternatively, as frivolous.[1]  Doc. 14 at 9 & n.3.  The
2 | magistrate judge construed Plaintiff's Motion to File Supplemental Pleadings (Doc. 10) as a
3 | motion for leave to amend and recommended denying it as futile.  (Doc. 14 at 1, 9.)

4 | The court served the findings and recommendations on Plaintiff and notified him that
5 | any objections were due within 30 days.  (Doc. 14 at 10.)  Plaintiff has not filed any objections
6 | and the time to do so has lapsed.  *See* docket.

7 | Pursuant to 28 U.S.C. § 636 (b)(1), the court conducted a de novo review of this case.
8 | Having carefully reviewed the entire action, the court concludes the findings and
9 | recommendations are supported by the record and proper analysis.

10 | Accordingly, the Court **ORDERS**:

11 | 1. Plaintiff's Motion for Supplemental Pleadings (Doc. 10) is **DENIED**;

12 | 2. The Findings and Recommendations issued on February 27, 2024 (Doc. 14)
13 | are **ADOPTED** in full.

14 | 3. All pending motions and deadlines are terminated, and this case is
15 | **DISMISSED** with prejudice.

16 | 4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 31, 2024

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Ninth Circuit has recognized that a duplicative suit is either frivolous or malicious, and thus the dismissal of such a suit qualifies as a strike within the meaning of the three strikes provision of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g). *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (recognizing that a duplicative complaint is either frivolous or malicious); *LeBlanc v. Asuncion*, 699 F. App'x 762 (9th Cir. 2017) (holding that dismissal of duplicative complaint was properly deemed a strike) (citing *Cato*, 70 F.3d at 1105 n.2).